UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: Lisa D Springer  :  CASE NO: 15-51698

:  CHAPTER 13

:  JUDGE: CHARLES M. CALDWELL

## NOTICE OF INTENTION
## TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Frank M. Pees, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below.

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00006 | ATTORNEY GENERAL STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH  43215 | 551.40 | 100.00 % | 0.00 % | Priority |
| 00016 | ATTORNEY GENERAL STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH  43215 | 51.78 | 100.00 % | 0.00 % | Unsecured |
| 00007 | Cavalry SPV I LLC<br>PO Box 27288<br>Tempe, AZ  85282 | 165.95 | 100.00 % | 0.00 % | Unsecured |
| 00010 | Credit Solutions LLC<br>2277 Thunderstick Dr<br>Ste 400<br>Lexington, KY  40505 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00004 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 12,597.88 | 100.00 % | 0.00 % | Priority |
| 00005 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 5,368.64 | 100.00 % | 0.00 % | Unsecured |
| 00001 | LAN FAIR FEDERAL CREDIT UNION<br>35 W COLUMBUS ST<br>PICKERINGTON, OH  43147-1255 | 4,000.00 | 100.00 % | 4.75 % | Secured-506 |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 10001 | LAN FAIR FEDERAL CREDIT UNION<br>35 W COLUMBUS ST<br>PICKERINGTON, OH  43147-1255 | 637.28 | 100.00 % | 0.00 % | Unsecured |
| 00003 | LANCASTER INCOME TAX<br>PO BOX 128<br>LANCASTER, OH  43130 | 1,748.59 | 100.00 % | 0.00 % | Priority |
| 00015 | LANCASTER INCOME TAX<br>PO BOX 128<br>LANCASTER, OH  43130 | 353.42 | 100.00 % | 0.00 % | Unsecured |
| 00009 | LVNV Funding<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | 1,113.75 | 100.00 % | 0.00 % | Unsecured |
| 00011 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC  29603-0368 | 1,840.62 | 100.00 % | 0.00 % | Unsecured |
| 00012 | MOHELA DEPT OF EDUCATION<br>PO BOX 105347<br>ATLANTA, GA  30348-5347 | 5,125.79 | 100.00 % | 0.00 % | Unsecured |
| 00008 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | 1,504.99 | 100.00 % | 0.00 % | Unsecured |
| 00013 | Recovery One LLC<br>3240 Henderson Rd<br>Columbus, OH  43220 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00014 | SPRINGLEAF FINANCIAL SERVICES INC<br>PO BOX 3251<br>EVANSVILLE, IN  47731 | 11,049.14 | 100.00 % | 0.00 % | Unsecured |
| 00002 | TANSKY AUTOMART<br>150 WHILEY AVE<br>LANCASTER, OH  43130 | 2,000.00 | 100.00 % | 4.75 % | Secured-506 |
| 10002 | TANSKY AUTOMART<br>150 WHILEY AVE<br>LANCASTER, OH  43130 | 554.44 | 100.00 % | 0.00 % | Unsecured |
| | TOTAL | 48,663.67 | | | |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00000 | Laura M Nesbitt<br>The Nesbitt Law Firm<br>5400 Frantz Road, Suite 210<br>Dublin, OH  43016 | 2,500.00 | 100.00 % | 0.00 % | Attorney Fee |

Dated:  September 09, 2015

/s/Frank M. Pees  
FRANK M. PEES TRUSTEE  
130 E WILSON BRIDGE RD #200  
WORTHINGTON, OH  43085-6300  
(614)436-6700

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Lisa D Springer | : | CASE NO: 15-51698 |
| | : | CHAPTER 13 |
| | : | JUDGE: CHARLES M. CALDWELL |

**CERTIFICATE OF SERVICE**

　　　I hereby certify that on September 09, 2015, a copy of the foregoing Notice of Intention to Pay Claims was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee
Frank M. Pees
Laura M Nesbitt

and on the following by **ordinary U.S. Mail addressed to:**

Lisa D Springer
1860 Wythe St
Columbus, OH  43235

**See Creditor Matrix**
**All Creditors and Parties in Interest**

Merrick Bank
10705 S Jordan Gtwy, Ste 200
South Jordan, UT  840950000

Springleaf Financial Services
P.O. Box 3251
Evansville, IN  477313251

Mohela / Department of Education
633 Spirit Drive
Chesterfield, MO  630050000

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC  296030368

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  980830788

Capital One
PO Box 30281
Salt Lake City, UT  841300000

Springleaf
PO Box 64
Evansville, IN  477010000

LVNV Funding, LLC its successors and
assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC  296030587

Tansky Automart
150 Whiley Ave
Lancaster, OH  431300000

Recovery One LLC
3240 Henderson Rd
Columbus, OH  432200000

Internal Revenue Service
PO Box 7346
Philadelphia, PA  191017346

State of Ohio
Department of Taxation
150 E Gay St. 21st Floor
Columbus, OH  432150000

RITA
760 Lakeview Plaza Blvd, Suite 400
Columbus, OH  430850000

Lisa D. Springer
1860 Wythe St.
Columbus, OH  432350000

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY  105950000

Howard Springer
PO Box 956
Lancaster, OH  431300000

Comenity Bank / COLDWCMC
3100 Easton Square PL
Columbus, OH  432190000

Lan-Fair Federal Credit Union
926 Prestige Blvd
Lancaster, OH  431300000

Lan Fair Credit Union
926 Prestige Blvd
Lancaster, OH  431309669

City of Lancaster Income Tax
PO Box 128
Lancaster, OH  431300000

Credit One Bank
ATTN: Bankruptcy
PO Box 98873
Las Vegas, NV  891938873

Credit Solutions LLC
2277 Thunderstick Dr
STE 400
Lexington, KY  405050000

City of Lancaster
104 E Main St.
Suite 301
Lancaster, OH  431300000

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH  432160000